## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

TERENCE BENSON

CRIMINAL COMPLAINT

CASE NUMBER: 09-6069-Seltzer

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about July 16, 2007 to on or about July 23, 2008, in Broward County, in the Southern District of Florida, and elsewhere, the defendant did employ, use, persuade, induce, entice, and coerce any minor to engage in, and had a minor assist any other person to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and that the visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Amanda L. Coder
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

Feb. 27, 2009
Date

Ft. Lauderdale, Florida
City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Amanda L. Coder, being duly sworn, depose and say:

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice. I have been so employed by the FBI since January of 2004. I have received training in prosecuting obscenity, online child pornography, and child exploitation matters, including organized child prostitution, sex rings, and trafficking of children for sexual acts. I have participated in numerous investigations involving violent crime, including crimes against children.

2.  The facts of this affidavit are based upon my personal knowledge, as well as knowledge, information, and documentation obtained from other law enforcement officers while in my official capacity. Because I submit this affidavit for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant against TERENCE BENSON, it does not include every fact that I know about this investigation.

3.  On February 25, 2009, law enforcement learned that a Digital Video Disc (DVD) existed that contained numerous videos of girls under the age of 18 in various stages of undress. The images in the videos focused on particular parts of the girls' bodies -- their legs, buttocks, breasts, and other areas. Law enforcement learned that three of the videos depicted BENSON masturbating and ejaculating on two different minor females, who were 11-years-old at the time, and lived with BENSON and their biological mother at their home in Plantation, Florida. BENSON is married to the girls' biological mother.

4.  On February 25, 2009, I reviewed the DVD and was able to confirm that the videos showed the following:

1

    a) various images of girls under the age of 18, that focused on their legs, buttocks, breasts and other areas. The earliest of these videos was taken on July 16, 2007. The latest of these videos was taken on July 23, 2008;

    b) on October 6, 2007, BENSON masturbated and ejaculated on the bare legs of his stepdaughter (L.M.), who at the time was 11-years-old, while she slept;

    c) on June 5, 2008, BENSON masturbated and ejaculated on the bare legs of his stepdaughter (J.M.), who at the time was 11-years-old, while she slept; and

    d) on June 15, 2008, BENSON masturbated and ejaculated on the bare legs of his stepdaughter (J.M.), who at the time was 11- years-old, while she slept.

5. On February 26, 2009, law enforcement officers interviewed BENSON. After waiving his *Miranda* rights, BENSON admitted the following:

    a) the DVD described in paragraphs three and four of this affidavit belongs to him;

    b) he masturbated and ejaculated on his stepdaughter -- minor female (J.M.) -- on two separate occasions while she slept;

    c) he masturbated and ejaculated on his stepdaughter -- minor female (L.M.) -- on one occasion while she slept;

    d) he was the person who held the video camera in the above-mentioned masturbation and ejaculation sessions that are captured on the DVD;

    e) he would only masturbate when the girls were in bed and not covered by a blanket or sheet; and

    f) he knew that what he was doing was wrong.

2

6. The camera that BENSON used to videotape the above mentioned masturbation and ejaculation was transported in interstate commerce.

6. Based upon my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that BENSON, using materials that have been mailed, shipped, and transported in interstate and foreign commerce, did produce video depictions of an individual who had not attained the age of 18 years, engaging in, and assisting another person to engage in, sexually explicit conduct, in violation of Title 18, United States Code, Section 2251(a).

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

_____
AMANDA L. CODER, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

SUBSCRIBED and SWORN to
before me this 27 day of February 2009.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA